IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

**DOCKET NO. 3:11CR373-FDW-DSC**

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| KAMAL ZAKI QAZAH (3) | ) | |

THIS MATTER is before the Court on the government's motion for leave permitting the City of Columbia, South Carolina to proceed with a proposed inspection of real property located at 1716 Budon Ct. in Columbia and with demolition of the improvements on the property if warranted by building code violations, notwithstanding the First Protective Order filed herein on November 29, 2011 (Doc. No. 16).

The Court finds that the reasons for entry of the First Protective Order are not implicated by the proposed inspection and demolition of this property, if warranted under local law.

IT IS THEREFORE ORDERED that the parties and the City may proceed with the proposed inspection and demolition, under such terms and conditions as may be provided by and under state law, notwithstanding the First Protective Order.

Signed: October 26, 2012

Frank D. Whitney
United States District Judge