IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:11CR373-FDW-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| KAMAL ZAKI QAZAH (3) ) | |

THIS MATTER is before the Court on the government's motion for disbursement of the sum of $13,003.84, as a partial disbursement of the proceeds of the sale of inventory of 7 Stars Auto, to BMW Financial Services LLC / Alphera Financial Services / Financial Services Remarketing Inc., as a lienholder whose lien was not satisfied when defendant's 2006 Mercedes automobile was seized and sold by the Marshals Service. Defendant has consented to forfeiture of these funds, among numerous other specific assets.

For the reasons stated in the government's motion,

IT IS THEREFORE ORDERED that the Marshals Service is authorized and directed to disburse the sum of $13,003.84 to BMW Financial Services LLC / Alphera Financial Services / Financial Services Remarketing Inc.

Signed: June 10, 2013

Frank D. Whitney
Chief United States District Judge