UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:11cr373-FDW

| | | |
|---|---|---|
| UNITED STATES OF AMERICA. | ) | |
| | ) | FIRST FINAL ORDER AND JUDGMENT |
| v. | ) | CONFIRMING FORFEITURE |
| | ) | |
| (3) KAMAL ZAKI QAZAH, | ) | |

On June 11, 2013, this Court entered a Preliminary Order of Forfeiture pursuant to 21 U.S.C. § 853 and Fed. R. Crim. P. 32(d)(2), based upon the Defendant's conviction at trial by the jury on Counts One and Seven in the Bill of Indictment and evidence already on record; and was adjudged guilty of the offenses charged in those counts.

Direct notice was served on potential claimants known to the government. Two third-party petitions have been filed, one by Ashraf Quzah (Doc. 370) and one by Wael Salem (Doc. 372). Neither petitioner alleges an interest in the seized currency which is the subject of this motion.

On August 2, 2013 through August 31 2013, the United States published via www.forfeiture.gov, notice of this forfeiture and of the intent of the government to dispose of the forfeited property according to law, and further notifying all third parties of their right to petition the Court within sixty days from August 2, 2013 for a hearing to adjudicate the validity of any alleged legal interest in the property. It appears from the record that no such petitions have been filed. Based on the record in this case, including the defendant's conviction, the Court finds, in accordance with Rule 32.2(c)(2), that the Defendant had an interest in the property that is forfeitable under the applicable statute.

It is therefore ORDERED:

In accordance with Rule 32.2(c)(2), the Preliminary Order of Forfeiture is confirmed as final. All right, title, and interest in the following property, whether real, personal, or mixed, has therefore been forfeited to the United States for disposition according to law:

**$1,299,990.00 in U.S. currency seized from 21 Farrier Court, Columbia, S.C.**

Signed: November 8, 2013

Frank D. Whitney
Chief United States District Judge