UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11-cr-00373-FDW-DSC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| KAMAL ZAKI QAZAH, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on Defendant's Motion to Allow Counsel to File an Amended Compassionate Release Petition, (Doc. No. 665). The Government indicates it is not opposed to the motion. For the reasons stated in the motion, it is GRANTED.

IT IS THEREFORE ORDERED that Defendant's Motion to Allow Counsel to File an Amended Compassionate Release Petition, (Doc No. 665), is GRANTED.

IT IS FURTHER ORDERED that Defendant's pending Motions related to his arguments for compassionate release (Doc. Nos. 658, 662, 663) are DENIED WITHOUT PREJUDICE to be reasserted in a new motion and brief filed by counsel within forty-five (45) days of this Order.

IT IS SO ORDERED.

Signed: January 26, 2023

Frank D. Whitney
United States District Judge

1