UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:11-CR-00373-FDW-DSC

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| KAMAL ZAKI QAZAH, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court on Defendant's Motion for Compassionate Release, (Doc. No. 667). After reviewing the motion, the Court DIRECTS the Government to Respond within twenty-eight days from the date of this Order.

**IT IS SO ORDERED.**

Signed: May 30, 2023

_____
Frank D. Whitney
United States District Judge

1