# UNITED STATES DISTRICT COURT

for the

_____Western_____ District of ___North Carolina___

United States of America

v.

Kamal Zaki Qazah

Date of Original Judgment: 01/22/2014
Date of Previous Amended Judgment: 03/30/2016
*(Use Date of Last Amended Judgment if Any)*

)
)
)
)
)
)
)

Case No: 0419 3:11CR00373-003

USM No: 26888-058

Renae Alt-Summers
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☒ DENIED.    ☐ GRANTED and the defendant's previously imposed sentence of imprisonment
*(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 02/28/2014 as amended 03/31/2016 , shall remain in effect.

**IT IS SO ORDERED**.

Signed: February 12, 2024

Frank D. Whitney
United States District Judge

Effective Date: _____
*(if different from order date)*

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT:  Kamal Zaki Qazah
CASE NUMBER:  0419 3:11CR00373
DISTRICT:  Western District of North Carolina

## I.  COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

Previous Total Offense Level: _____        Amended Total Offense Level: _____
Criminal History Category: _____        Criminal History Category: _____
Previous Guideline Range: _____ to _____ months        Amended Guideline Range: _____ to _____ months

## II.  SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ The reduced sentence is above the amended guideline range.

## III.  FACTORS CONSIDERED UNDER USSG § 1B1.10 AND 18 U.S.C. § 3553(a) *(See Chavez-Meza v. United States, 138 S.Ct. 1959 (2018))*

Defendant is not eligible for a sentence reduction under Amendment 821 to the United States Sentencing Guidelines. Defendant is a "Zero-Point Offender," but does not meet the criteria for a sentence reduction under § 4C1.1 of the Sentencing Guidelines due to the following exclusion under subsection (a)(10): the defendant received an adjustment under § 3B1.1 (Aggravating Role).